# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Fisk,<br><br>　　　　Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>　　　　Defendants. | **NO. CV-21-01914-PHX-ROS**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendants' offer of judgment, judgment is hereby entered against Defendants Maricopa County and Paul Penzone in the amount of $2000.00, plus reasonable attorneys' fees and taxable costs incurred as of July 1, 2024, and this action is hereby terminated.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 17, 2024

　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　By　　Deputy Clerk